IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAVID LAYNE, | ) | CV NO. 06-00566 HG-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, | ) | |
| DEPARTMENT OF EDUCATION; | ) | |
| TEACHER STANDARDS BOARD; | ) | |
| SHARON C. MAHOE; PATRICIA | ) | |
| HAMAMOTO; JOHN DOES 1-10; | ) | |
| and JANE DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS & RECOMMENDATION

The Amended Finding and Recommendation having been
filed and served on all parties on August 27, 2007, and
no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant
to Title 28, United States Code, Section 636(b)(1)© and
Local Rule 74.2, the "Amended Finding and
Recommendation that Defendant's Motion to Dismiss be
Denied in Part and Granted in Part," Document Number

///

///

///

///

94, are adopted as the opinion and order of this Court.

      IT IS SO ORDERED.

      DATED: September 14, 2007, Honolulu, Hawaii.



           **/s/ Helen Gillmor**
           Chief United States District Judge